IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HOWARD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 19-05068-CV-SW-SRB |
| | ) | |
| HBC SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Following a show cause hearing on November 20, 2020, Plaintiff's First Amended Motion for Judgment Debtor Examination ("Motion") has been referred to the undersigned for the purpose of conducting a judgment debtor examination via telephonic hearing. (Docs. 18, 40.)

Upon review and pursuant to Missouri Supreme Court Rule 76.27, it is **ORDERED** that Charles Henry shall appear telephonically on **Tuesday, December 8, 2020, at 9:00 a.m**. to undergo an examination under oath regarding Defendant's assets and means to satisfy the judgment in this matter.

It is further **ORDERED** that **on or before Friday, December 4, 2020**, Mr. Henry shall provide to the judgment creditor copies of the following documents:

   1. Any and all documentation regarding Defendant's corporate structure, including but not limited to Defendant's articles of incorporation, any and all documents sent to the Secretary of State in Georgia to obtain a license or other authorization to conduct business in that state, and an organizational chart of Defendant's company including the names of all corporate officers and employees;

   2. Any and all checking and/or savings account statements held in the name of Charles Henry and/or HBC SERVICES, INC. from June 11, 2008 to present, including but not limited to general accounts, corporate accounts, business accounts, trust accounts, and savings accounts;

   3. Any and all ledgers or accounting information relating in any way to Charles Henry and/or HBC SERVICES, INC., its subsidiaries, and any other company owned or controlled by Charles Henry and/or HBC SERVICES, INC.;

4. Any and all documents evidencing federal and state taxes paid or filed from the years 2008 to present on behalf of Charles Henry and/or HBC SERVICES, INC.;

5. Any and all W-2 statements from 2008 through 2019 for all employees and/or agents of Defendants;

6. Any and all statements, receipts, or any other documents of any petty cash, or similarly named funds, used in connection with Charles Henry and/or HBC SERVICES, INC. from the years 2008 to present;

7. Any and all certificates of ownership, including deeds, titles, certificates of stock, etc., evidencing any ownership of assets, real property, or other assets that are owned by Charles Henry and/or HBC SERVICES, INC.;

8. Copies of any quarterly, monthly or other statements for any stocks, mutual funds, or other equities owned by Charles Henry and/or HBC SERVICES, INC.;

9. Copies of all documents evidencing payments of dividends or profit shares to the shareholders, owners, and/or subsidiaries of Charles Henry and/or HBC SERVICES, INC.;

10. Any and all written documents related to all leases, entered into and/or contemplated, in connection with any real property owned by Charles Henry and/or HBC SERVICES, INC.;

11. Documents evidencing any transfer of real or personal property from any account owned by Charles Henry and/or HBC SERVICES, INC. into a trust; corporate or business operating account; or any other account wherein Charles Henry and/or HBC SERVICES, INC. is not the named account holder yet maintains access and/or control over the account;

12. Any and all documents relating to any vehicles owned operated, maintained, leased, or otherwise used by Charles Henry and/or HBC SERVICES, INC. for any purpose;

13. Copies of any and all lawsuits, of any kind or nature, wherein Charles Henry and/or HBC SERVICES, INC. (or any similar name, spelling, or shell corporation relating to Charles Henry and/or HBC SERVICES, INC.), is named as either a Defendant or Plaintiff, from the years 2008 to present;

14. Copies of any and all expense reports, including inventory ledgers, accounting expense sheets, bookkeeping records, receipts, credit card transcripts, or any other records, that indicate the currently monthly expenses and/or income/cash flow of Charles Henry and/or HBC SERVICES, INC., and any other business enterprise owned by Charles Henry and/or HBC SERVICES, INC., from the years 2008 to present; and

15. All minutes and/or notes taken by Defendant's representatives at its board/owners/shareholders' meetings, not including those taken by Defendant's attorneys regarding pending or anticipated litigation.

Failure to appear as ordered may subject Mr. Henry to arrest and punishment for contempt of court. The Clerk's Office shall send a copy of this order via regular mail to Mr. Henry, in care of HBC Services, Inc., 6888 Cheswick Drive, Riverdale, GA 30269.

It is further **ORDERED** that **on or before Friday, December 4, 2020**, parties shall provide a telephone number by which they will be available for the telephonic hearing to Ginsey Kramarczyk, Law Clerk, via email at Ginsey_Kramarczyk@mow.uscourts.gov.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 30, 2020